```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA

ADELITO GALE, M.D., and HARISH   )
CHAWLA, M.D.,                    )
                                 )     2:08-cv-703-GEB-EFB
               Plaintiffs,       )
                                 )
     v.                          )
                                 )     RELATED CASE ORDER
CALIFORNIA DEPARTMENT OF         )
CORRECTIONS AND REHABILITATION,  )
and J. CLARK KELSO,              )
                                 )
               Respondents.      )
_____)
                                 )
CHARN TOOCHINDA, M.D.            )     2:08-cv-986-MCE-DAD
                                 )
               Petitioner,       )
                                 )
     v.                          )
                                 )
DIVISION OF CORRECTIONAL HEALTH  )
CARE SERVICES, a California      )
Department of Corrections and    )
Rehabilitation; GOVERNING BODY OF)
THE DIVISION OF CORRECTIONAL     )
SERVICES, a California Department)
of Corrections and Rehabilitation,)
                                 )
               Respondents,      )
                                 )
J. CLARK KELSO,                  )
                                 )
               Receiver.         )
_____)
```

Respondent J. Clark Kelso has filed a "Notice of Related Cases" in which he contends the above actions involve similar

1

factual and legal issues.  Respondent Kelso asserts "both petitions involve decisions regarding the competency of physicians employed in the California State prisons and arise out of adverse employment actions and physician peer review in the California State prisons." (Notice at 2:3-6.)

However, the facts underlying the adverse employment actions in each case have not been shown to be similar enough to justify relating the cases.  Therefore, the cases will not be related.

IT IS SO ORDERED.

Dated:  May 27, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge