FENTON & NELSON, LLP
Henry R. Fenton, State Bar No. 45130
Dennis E. Lee, State Bar No. 164360
11835 W. Olympic Boulevard, Suite 925
Los Angeles, CA 90064
Tel. (310) 444-5244 / Fax (310) 444-5280

Attorneys for Petitioner
CHARN TOOCHINDA, M.D.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARN TOOCHINDA, M.D., | Case No. 2:08-cv-00986-MCE-DAD |
| Petitioner, | **STIPULATION TO EXTEND TIME TO FILE JOINT STATUS REPORT; ORDER** |
| v. | |
| J. CLARK KELSO | Courtroom: 7 |
| Respondent. | Judge: Hon. Morrison C. England |

**IT IS STIPULATED BY AND BETWEEN THE PARTIES, AS FOLLOWS:**

Pursuant to Local Rule 83-143, Petitioner Charn Toochinda, M.D., Petitioner, and J. Clark Kelso, Respondent, hereby stipulate that the time to file the Joint Status Report ordered by the Court, which is due within sixty (60) days of the removal of this matter from state to federal court, shall be extended to ten (10) days after the date of the Court's order on the motion to transfer action to the Northern District of California.

Dated: July 28, 2008                FENTON & NELSON, LLP


                                    By:    /s/
                                         DENNIS E. LEE
                                         Attorneys for Petitioner

1
STIPULATION TO EXTEND TIME TO FILE JOINT STATUS REPORT; [PROPOSED] ORDER
CASE NO. CV 08-00986 MCE (DAD)

PDF created with pdfFactory trial version www.pdffactory.com

Dated: July 28, 2008                FUTTERMAN & DUPREE, LLP

                                    By:    /s/
                                        MARTIN H. DODD
                                        Attorneys for Respondent
                                        J. Clark Kelso

### ORDER

The Stipulation to Extend Time to File Joint Status Report is GRANTED.

IT IS SO ORDERED.

DATED: July 28, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com